**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-1731**

JERRY KING,

       Plaintiff - Appellant,

   v.

HONDA TRADING AMERICA CORPORATION; PEOPLEREADY, INC.,

       Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Florence. Joseph Dawson, III, District Judge. (4:22-cv-01720-JD)

Submitted: November 20, 2025             Decided: November 24, 2025

Before THACKER, HARRIS, and QUATTLEBAUM, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jerry King, Appellant Pro Se. Nikole Setzler Mergo, Columbia, South Carolina, Kirsten Elena Small, MAYNARD NEXSEN PC, Greenville, South Carolina; Michael Brian Magargle, CONSTANGY, BROOKS, SMITH & PROPHETE, LLP, Columbia, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jerry King appeals the district court's order adopting the magistrate judge's recommendation to grant Defendants summary judgment on King's discrimination, harassment, and retaliation claims, brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17. On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because King's informal brief does not challenge the basis for the district court's disposition, he has forfeited appellate review of the court's order.[*] *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] This forfeiture notwithstanding, we find no reversible error in the district court's disposition. *King v. Honda Trading Am. Corp.*, No. 4:22-cv-01720-JD (D.S.C. May 28, 2025).

2